UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LEVERN BRACEY, JR.

    Defendant.

Case No. 25-cr-20839

Honorable Robert J. White

## ORDER DENYING THE DEFENDANT'S MOTION TO REVOKE DEFENDANT'S DETENTION ORDER

This matter was scheduled for an in-person motion hearing on May 19, 2026. For the reasons stated on the record, the Defendant's motion will be denied.

Accordingly, it is **ORDERED** that Defendant's motion for revocation of detention order is **DENIED**.

SO ORDERED.

Dated: May 28, 2026

s/Robert J. White
Robert J. White
United States District Judge